

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| WILLIAM STEPHENS, | § | No. 08-11-00166-CR |
| Appellant, | § | Appeal from the |
| v. | § | 362nd District Court |
| THE STATE OF TEXAS, | § | of Denton County, Texas |
| Appellee. | § | (TC# F-2009-2183-D) |
| | § | |

# **O R D E R**

Appellant requests review of the record in Cause No. 08-11-00166-CR to prepare his petition for discretionary review to be filed in the Court of Criminal Appeals. We therefore ORDER the Clerk of the District Court of Denton County, Texas to forward a copy of the record to the prison warden, Law Library Supervisor, Texas Department of Criminal Justice, William P. Clements Unit, 9601 Spur 591, Amarillo, Texas 79107 for use by the Appellant in preparation of his petition for discretionary review under the supervision of designated custodian of records. We further ORDER that the record be returned to the Clerk of the District Court of Denton County, no later than October 11, 2013 (or thirty days).

IT IS SO ORDERED THIS 11TH DAY OF SEPTEMBER, 2013.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.
Antcliff, J., not participating